UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00103-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KEITH WAYNE MORRIS,

      Defendant.

---

**ORDER SETTING HEARING ON MOTION TO WITHDRAW**

---

THIS MATTER is before the Court on Defense Counsel's Motion to Withdraw **(#13).**

**IT IS ORDERED** that a hearing on the Motion to Withdraw **(#13)** is set for **May 7, 2007 at 2:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 25th day of April, 2007

      **BY THE COURT:**

      */s/ Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge